UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP MEMORIAL HOSPITAL,<br><br>                            Plaintiff,<br><br>v.<br><br>REGENCE BLUECROSS BLUESHIELD OF UTAH,<br><br>                            Defendant. | Case No.: 16-cv-02493-JM (RNB)<br><br>**ORDER RE: JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**<br><br>**(ECF No. 33)** |

On May 23, 2018, Plaintiff Sharp Memorial Hospital ("Plaintiff") and Defendant Regence BlueCross BlueShield of Utah ("Defendant") filed a Joint Motion for Determination of Discovery Dispute. (ECF No. 33.) Defendant seeks to modify the Scheduling Order (1) to extend the non-expert discovery deadline to permit it to conduct an additional Federal Rule of Civil Procedure 30(b)(6) deposition of Plaintiff, and (2) to extend the motion cut-off date to permit it to bring any motion, if necessary, resulting from the Rule 30(b)(6) deposition. (*Id.* at 2.)

Having reviewed the Joint Motion, the Court hereby **DENIES** Defendant's motion for the reasons argued by Plaintiff. Defendant has failed to convince the Court that good cause exists to modify the Scheduling Order or to allow Defendant to conduct a second

1

Rule 30(b)(6) deposition. Further, the Court finds Plaintiff's offer to stipulate to the authenticity of the records and to provide a declaration to be sufficient.

IT IS SO ORDERED.

Dated: May 29, 2018

_____
ROBERT N. BLOCK
United States Magistrate Judge